UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OMAR CHAVEZ,

    Plaintiff,

  v.

CITY OF PETALUMA, et al.,

    Defendants.

Case No. 14-cv-05038-MEJ

**STATUS ORDER**

This matter is currently scheduled for a Case Management Conference on February 12, 2015. However, as there is no indication that Plaintiff Omar Chavez served Defendants City of Petaluma, et al. in accordance with Federal Rule of Civil Procedure 4, the Court VACATES the Conference and ORDERS Plaintiff Omar Chavez to file a status report by February 19, 2015.

**IT IS SO ORDERED.**

Dated: February 6, 2015

                                                MARIA-ELENA JAMES
United States Magistrate Judge