United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR CHAVEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF PETALUMA, et al.,<br><br>        Defendants. | Case No. 14-cv-05038-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On November 14, 2014, Plaintiff Omar Chavez filed this civil rights complaint, at which time the matter was scheduled for a Case Management Conference (CMC) on February 12, 2015. As there was no indication that Plaintiff had served any of the named Defendants in accordance with Federal Rule of Civil Procedure 4, the Court vacated the CMC and ordered him to file a status report by February 19, 2015.  Status Order, Dkt. No. 4.  On February 19, Plaintiff's counsel responded that he neglected to have the summons served because of other responsibilities.  Status Report, Dkt. No. 7.  Counsel anticipated that all Defendants would be served "within the next couple of weeks."  *Id.*  Based on this response, the Court continued the CMC to April 2, 2015, and directed the parties to file a joint CMC statement by March 26.  Dkt. No. 8.

To date, no CMC statement has been received.  Further, no proof of service of the summons and complaint has been filed.  "If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).

Accordingly, pursuant to Rule 4(m), the Court ORDERS Plaintiff to show cause, in writing and no later than April 6, 2015, why this case should not be dismissed for failure to serve within the time required by Rule 4(m).  The Court FURTHER ORDERS Plaintiff to show cause why this

case should not be dismissed for failure to prosecute and failure to comply with court deadlines. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on April 16, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

The April 2, 2015 CMC is VACATED.

**IT IS SO ORDERED.**

Dated: March 27, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge