UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF PETALUMA, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-05038-MEJ<br><br>**ORDER DISCHARGING OSC AND SETTING CASE MANAGEMENT CONFERENCE** |

On March 27, 2015, the Court ordered Plaintiff Omar Chavez to show cause why this case should not be dismissed for failure to serve within the time required by Federal Rule of Civil Procedure 4(m) and for failure to prosecute.  Dkt. No. 15.  Having received Plaintiff's counsel's declaration in response (Dkt. No. 22), the Order to Show Cause is DISCHARGED.

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on May 28, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.

**IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: April 6, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge