# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR CHAVEZ,<br>          Plaintiff,<br>   v.<br>CITY OF PETALUMA, et al.,<br>          Defendants. | Case No. 14-cv-05038-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on May 28, 2015. However, as there are pending motions to dismiss, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: April 9, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge