UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OMAR CHAVEZ,

        Plaintiff,

   v.

CITY OF PETALUMA, et al.,

        Defendants.

Case No.  14-cv-05038-MEJ

**ORDER TO SHOW CAUSE**

On August 4, 2015, Defendants filed Motions to Dismiss, with a noticed hearing date of September 24, 2015.  Dkt. Nos. 40, 43.  However, Plaintiff failed to file oppositions pursuant to Civil Local Rule 7.  Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiff Omar Chavez to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by September 1, 2015.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on September 10, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Notice is hereby given to Plaintiff that the Court may dismiss this case without a hearing if no responsive declaration is filed.  Thus, it is imperative that the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: August 25, 2015

_____

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California