1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7    OMAR CHAVEZ,                          Case No.  14-cv-05038-MEJ
                    Plaintiff,
8                                          **ORDER VACATING HEARING**
         v.
9                                          Re: Dkt. Nos. 40, 43
     CITY OF PETALUMA, et al.,
10
                    Defendants.
11
12
13        This matter is currently scheduled for a hearing on October 1, 2015 regarding Defendants'
14   respective Motions to Dismiss.  Dkt. Nos. 40 (County Defendants' Motion), 43 (City Defendants'
15   Motion).  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the
16   Court finds these matters suitable for disposition without oral argument and hereby **VACATES**
17   the October 1, 2015 hearing.  The matters are deemed under submission.
18        **IT IS SO ORDERED.**
19
20   Dated: September 25, 2015
21
22                                         _____
                                           MARIA-ELENA JAMES
23                                         United States Magistrate Judge
24
25
26
27
28

United States District Court
Northern District of California